Genova & Malin, Attorneys at Law  
Thomas Genova (TG4706)  
1136 Route 9  
Wappingers Falls, NY 12590  
Telephone: (845) 298-1600  
Facsimile: (845) 298-1265  

and  

MURPHY & KING, Professional Corporation  
Harold B. Murphy  
Andrew G. Lizotte  
One Beacon Street  
Boston, MA 02108  
Telephone: (617) 423-0400  
Facsimile: (617) 556-8985  

Proposed Counsel for Debtors and Debtors in Possession

**Date: May 16, 2011**
**Time: 12:00 p.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

-------------------------------------------------------------x
In re:

MAJESTIC CAPITAL LTD.,                    Chapter 11
                                          Case No. 11-36225 (CGM)
                Debtor.
                                          Joint Administration Pending
-------------------------------------------------------------x
In re:

MAJESTIC USA CAPITAL, INC.,               Chapter 11
                                          Case No. 11-36221 (CGM)
                Debtor.
                                          Joint Administration Pending
-------------------------------------------------------------x
In re:

COMPENSATION RISK MANAGERS, LLC,          Chapter 11
                                          Case No. 11-36226 (CGM)
                Debtor.
                                          Joint Administration Pending
-------------------------------------------------------------x

-------------------------------------------------------------x

In re:

COMPENSATION RISK MANAGERS OF		Chapter 11
CALIFORNIA, LLC,					Case No. 11-36230 (CGM)

      Debtor.			Joint Administration Pending

-------------------------------------------------------------x

In re:

EIMAR, LLC,						Chapter 11
							Case No. 11-36232 (CGM)
      Debtor.
							Joint Administration Pending

-------------------------------------------------------------x

In re:

EMBARCADERO INSURANCE				Chapter 11
HOLDINGS, LLC,					Case No. 11-36234 (CGM)

      Debtor.			Joint Administration Pending

-------------------------------------------------------------x

NOTICE OF PRESENTMENT OF ORDER JOINTLY ADMINISTERING
THE ABOVE REFERENCED CHAPTER 11 CASES PURSUANT TO F.R.B.P. 1015

  PLEASE TAKE NOTICE, that the undersigned will present the annexed proposed order for signature, to the Honorable Cecelia G. Morris, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Poughkeepsie Division, 355 Main Street, Poughkeepsie, New York 12601, on the 16th day of May, 2011 at 12:00 p.m., at the Judge's Courtroom.

  Objections, if any, to the proposed order are to be served and filed so as to be received no later than 12:00 noon on May 16, 2011.  If no objections are served and filed, the proposed order may be entered.

Dated: Wappingers Falls, New York
May 2, 2011

GENOVA & MALIN

/s/_____
THOMAS GENOVA (TG4706)
Attorney for the Debtor
1136 Route 9
Wappingers Falls, New York 12590
(845) 298-1600